THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY KAY and MURRAY FISCHEL, Appellants.

Submitted January 22, 1952; decided January 24, 1952.

Motion for reargument and for a stay denied. [See 303 N. Y. 760.]